JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ANTONIO FAHIE, | ) | Case No. CV 14-7030-PSG (SP) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| MICHAEL F. MARTEL, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Memorandum and Order Summarily Dismissing Petition,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: September 23, 2014

_____
HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE